Chief Justice CAPPY and Justice CASTILLE join this concurring statement.

**Georgia REBEL, Petitioner,**

v.

**WORKERS' COMPENSATION APPEAL BOARD (EMERY WORLD AIRLINES # 150), Respondents.**

Supreme Court of Pennsylvania.

Aug. 5, 2005.

***ORDER***

PER CURIAM.

AND NOW, this 5th day of August 2005, the Petition for Allowance of Appeal is granted. The Order of the Commonwealth Court is vacated and this matter is remanded for reconsideration in light of *Hannaberry HVAC v. W.C.A.B.*, 575 Pa. 66, 834 A.2d 524 (2003), and *Colpetzer v. W.C.A.B.*, 870 A.2d 875 (Pa.2005).